**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:      (818) 532-6499
E-mail: jpafiti@pomlaw.com
*- additional counsel on signature page -*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAYPAL HOLDINGS, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY JR., and HAMED SHAHBAZI,<br><br>Defendants | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Ronald Sgarlata ("Plaintiff"), individually and on behalf of all other persons similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding PayPal Holdings, Inc. ("PayPal" or the "Company"), analysts' reports and advisories about the Company, and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

1

**NATURE OF THE ACTION**

1.      This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired common shares of PayPal between February 14, 2017 and December 1, 2017, both dates inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

2.      PayPal Holdings, Inc. operates as a technology platform company that provides online payment systems through a variety of services on behalf of consumers and merchants.  Founded in 1998, the Company is headquartered in San Jose, California.  The Company's common stock trades on the NASDAQ Global Stock Market ("NASDAQ") under the ticker symbol "PYPL."

3.      On February 14, 2017, PayPal announced an agreement to purchase TIO Networks Corp. ("TIO") for $233 million (the "TIO Acquisition").  TIO is a bill-pay management company that processed roughly $7 billion in bill payments on behalf of 14 million customers in 2016.  On July 18, 2017, PayPal announced the completion of the TIO Acquisition.

4.      Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) TIO's data security program was inadequate to safeguard the personally identifiable information of its users; (ii) the foregoing vulnerabilities threatened continued operation of TIO's platform; (iii) PayPal's revenues derived from its TIO services were thus unsustainable; (iv) consequently, PayPal had overstated the benefits of the TIO acquisition; and (v) as a result, PayPal's public statements were materially false and misleading at all relevant times.

5.      On November 10, 2017, PayPal suspended its TIO services, pending a security review, stating that it had discovered security vulnerabilities on the TIO platform and that the TIO data security program did not meet PayPal's standards.

6.      On December 1, 2017, post-market, PayPal disclosed that personally identifiable information—including names, addresses, bank-account details, and Social Security numbers—for roughly 1.6 million TIO users had potentially been compromised as a result of the previously announced security vulnerabilities.

7.      On this news, PayPal's share price fell $4.33, or 5.75%, to close at $70.97 on December 4, 2017, the following trading day.

8.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

9.      The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and §78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. §240.10b-5).

10.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §1331 and §27 of the Exchange Act.

11.     Venue is proper in this Judicial District pursuant to §27 of the Exchange Act (15 U.S.C. §78aa) and 28 U.S.C. §1391(b).  PayPal's principal executive offices are located within this Judicial District.

12.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce,

including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

13.     Plaintiff, as set forth in the accompanying Certification, purchased PayPal securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosure.

14.     Defendant PayPal is incorporated in Delaware, and the Company's principal executive offices are located at 2211 North First Street, San Jose, California 95131.  PayPal's common stock trades on the NASDAQ under the ticker symbol "PYPL."

15.     Defendant Daniel H. Schulman ("Schulman") has served at all relevant times as PayPal's Chief Executive Officer ("CEO"), President and Director.

16.     Defendant John D. Rainey Jr. has served at all relevant times as PayPal's Chief Financial Officer and Executive Vice President.

17.     Defendant Hamed Shahbazi ("Shahbazi") served as Chairman and CEO of TIO at all relevant times prior to the TIO Acquisition.  Following the TIO Acquisition, Shahbazi has served at all relevant times as Vice President of Bill Pay and General Manager, PayPal Canada Bill Pay Services.  In that capacity, Shahbazi has continued to direct the operations of PayPal's TIO services.

18.     The Defendants referenced above in ¶¶ 15-17 are sometimes referred to herein collectively as the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

### Background

19.     PayPal operates as a technology platform company that provides online payment systems through a variety of services on behalf of consumers and merchants.  Founded in 1998, the

4

Company is headquartered in San Jose, California.   The Company's common stock trades on the NASDAQ Global Stock Market ("NASDAQ") under the ticker symbol "PYPL."

**Materially False and Misleading Statements Issued During the Class Period**

20.    The Class Period begins on February 14, 2017, when PayPal issued a press release entitled "PayPal to Acquire TIO Networks."  The press release stated, in part:

SAN JOSE, Calif. & VANCOUVER, British Columbia--(BUSINESS WIRE)--PayPal Holdings, Inc. (Nasdaq: PYPL) and TIO Networks Corp. (TSXV: TNC), a cloud-based multi-channel bill payment processing and receivables management company, today announced a definitive agreement under which PayPal will acquire TIO for $3.35 CAD ($2.56 USD) per share in cash or an approximate $304 million CAD ($233 million USD) equity value. The purchase price represents a premium of 25.2% to TIO's 90-trading day volume-weighted average price as of February 13, 2017, and 22.6% to the 20-trading day volume-weighted average price as of January 9, 2017, the trading day immediately preceding the date TIO entered into exclusive negotiations with PayPal.

TIO is a leading multi-channel bill payment processor in North America and processed more than $7 billion USD in consumer bill payments in fiscal 2016. TIO serves 14 million consumer bill pay accounts and offers convenient solutions for expedited bill payment services to financially underserved consumers. The company has more than 10,000 supported billers and numerous direct relationships with billers, which enable TIO to quickly process telecom, wireless, cable and utility bill payments for TIO's customers. Using TIO's approximately 900 operated self-service kiosks, approximately 65,000 retail walk-in locations, and mobile and web solutions, customers can conveniently pay their bills while avoiding the service interruptions and financial penalties associated with missed payment deadlines.

Dan Schulman, President and CEO of PayPal, said, "By acquiring TIO and integrating bill payment into our global payments platform, PayPal adds another key service in our efforts to become a part of a consumer's everyday financial life. Worldwide, more than 2 billion people do not have affordable access to basic financial services, making it difficult and expensive for consumers to carry out basic financial tasks, including bill payment. TIO's digital platform, and physical network of agent locations make paying bills simpler, faster, and more affordable. We are excited by the opportunity to extend this valuable service to our existing customers and welcome new billers and customers to PayPal."

Hamed Shahbazi, Chairman and CEO of TIO, remarked, "We founded TIO to make speed and access part of the bill payment experience for the underserved, and we believe that we have created affordable products to serve the needs of all customers. Our mission fits perfectly with PayPal's vision to democratize money. As part of the PayPal team, we believe we will accelerate our growth through expanded distribution and continue increasing access to more billers and services."

21.     On April 26, 2017, PayPal issued a press release and filed a current report on Form 8-K with the SEC, announcing certain of the Company's financial and operating results for the quarter ended March 31, 2017 (the "Q1 2017 8-K").  For the quarter, PayPal announced net income of $384 million, or $0.32 per diluted share, on revenue of $2.98 billion, compared to net income of $365 million, or $0.30 per diluted share, on revenue of $2.54 billion for the same period in the prior year.

22.     In the Q1 2017 8-K, PayPal stated, in part:

In the first quarter, PayPal announced its agreement to acquire TIO Networks Corp. ("TIO") for approximately $233 million. TIO is a leading multi-channel bill payment processor in North America and processed more than $7 billion in bill payments in its fiscal 2016. The company's digital platform, and physical network of agent locations make paying bills simpler, faster, and more affordable. By integrating bill payment, PayPal will add another key service to its global payments platform and become a greater part of its consumers' everyday financial lives. On April 10, 2017 shareholders of TIO approved the acquisition, which is expected to close in the second half of 2017, subject to certain closing conditions.

23.     On April 27, 2017, PayPal filed a quarterly report on Form 10-Q with the SEC, reporting in full the Company's financial and operating results for the quarter ended Mach 31, 2017 (the "Q1 2017 10-Q").

24.     In the Q1 2017 10-Q, PayPal stated, in part:

In February 2017, we announced an agreement to acquire TIO Networks Corp. for approximately $233 million in cash. This acquisition is expected to close in the second half of 2017, subject to certain closing conditions, including receipt of certain consents relating to TIO's money transmitter licenses.

25.     The Q1 2017 10-Q contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by Defendants Schulman and Rainey, stating that "[t]he information contained in [the Q1 2017 10-Q] fairly presents, in all material respects, the financial condition and results of operations of PayPal Holdings, Inc."

26.     On July 18, 2017, PayPal announced the completion of the TIO Acquisition.  In a press release entitled "PayPal Completes Acquisition of TIO Networks," PayPal stated, in part:

SAN JOSE, Calif. and VANCOUVER, B.C. – July 18, 2017 – PayPal Holdings, Inc. (NASDAQ: PYPL) and TIO Networks Corp. (TSXV: TNC) today announced that PayPal has completed its previously announced acquisition of TIO Networks. In accordance with the terms of the Arrangement announced on February 14, 2017, PayPal acquired all of the outstanding shares of TIO for $3.35 CDN ($2.64 USD) per share in cash or an approximate $302 million CDN ($238 million USD) equity value.

\*\*\*

TIO is a leading multi-channel bill payment processor in North America and processed more than $7 billion USD in consumer bill payments in fiscal 2016.  TIO serves 16 million consumer bill pay accounts and offers convenient solutions for expedited bill payment services to financially underserved consumers. The company has more than 10,000 supported billers and numerous direct relationships with billers, which enable TIO to quickly process telecom, wireless, cable and utility bill payments for TIO's customers.

As complementary organizations, PayPal and TIO are well-positioned to make paying a bill as fast and simple as making a payment with PayPal. Through this acquisition, PayPal will expand its global scale of operations, complement its product portfolio, and accelerate its entry into the bill pay market, enabling millions of customers to improve their financial health through access to TIO's valuable services. The acquisition enables PayPal and TIO to realize the companies' shared vision of reimagining money and democratizing financial services so that everyone has affordable ways to manage and move their money.

"In the last two years, PayPal has made significant strides towards realizing our mission to democratize financial services and ***provide secure, convenient and affordable*** ways to move and manage money to those who are underserved by the financial system," said Dan Schulman, President & CEO of PayPal. "***Expanding into multi-channel bill payments through the acquisition of TIO further this mission*** and will meaningfully advance our ability to offer digital financial services to tens of millions of underserved customers."

(Emphases added.)

27.    On July 26, 2017, PayPal issued a press release and filed a current report on Form 8-K with the SEC, announcing certain of the Company's financial and operating results for the quarter ended June 30, 2017 (the "Q2 2017 8-K").  For the quarter, PayPal announced net income of $411 million, or $0.34 per diluted share, on revenue of $3.14 billion, compared to net income of $323 million, or $0.27 per diluted share, on revenue of $2.65 billion for the same period in the prior year.

28.    In the Q2 2017 8-K, PayPal stated, in part:

**Expanding Value Proposition with Product Innovation**

7

***

On July 18, 2017, PayPal announced the closing of the acquisition of TIO Networks for approximately $238 million. TIO is a leading cloud-based, multi-channel bill payment processor, serving leading telecom, wireless, cable, and utility bill issuers in North America. Through this acquisition, PayPal intends to expand its scale of operations, complement its product portfolio, and accelerate its entry into the bill pay market, enabling millions of customers to improve their financial health through access to TIO's valuable services.

29.     On July 27, 2017, PayPal filed a quarterly report on Form 10-Q with the SEC, reporting in full the Company's financial and operating results for the quarter ended June 30, 2017 (the "Q2 2017 10-Q").

30.     In the Q2 2017 10-Q, PayPal stated, in part:

In July 2017, we completed our acquisition of TIO Networks Corp. for approximately $238 million, consisting of cash. This acquisition will be accounted for as a business combination. We acquired TIO Networks to expand our scale of operations, complement our product portfolio, and to help accelerate our entry into bill payments.

31.     The Q2 2017-10-Q contained signed certifications pursuant to SOX by Defendants Schulman and Rainey, stating that "[t]he information contained in [the Q2 2017 10-Q] fairly presents, in all material respects, the financial condition and results of operations of PayPal Holdings, Inc."

32.     On or around July 27, 2017, Defendants Schulman and Shahbazi broadcast a video via the Facebook Live video streaming service, in which Schulman and Shahbazi discussed the benefits of the TIO Acquisition, stating, in part:

Shahbazi:  The opportunity with PayPal for us represented a really good opportunity to amplify what we do today, for really about 60 million consumer accounts, and take that and serve PayPal's broader universe and grow that together, and create behavioral richness in terms of how we bring these applications together, and marry them up with some of the applications you guys [PayPal] have created.  But when you look at the marriage of these assets, we feel like, as we were talking about earlier, brothers from another mother, a little bit.

Schulman:  Exactly.  [laughing]

***

8

Shahbazi:  I know from a product development perspective, we have real opportunities to innovate in this space and do special things.

Schulman:  We're all really looking forward to that.

33.    On October 19, 2017, PayPal issued a press release and filed a current report on Form 8-K with the SEC, announcing certain of the Company's financial and operating results for the quarter ended September 30, 2017 (the "Q3 2017 8-K").  For the quarter, PayPal announced net income of $380 million, or $0.31 per diluted share, on revenue of $3.24 billion, compared to net income of $323 million, or $0.27 per diluted share, on revenue of $2.67 billion for the same period in the prior year.

34.    In the Q3 2017 8-K, PayPal stated, in part:

**PayPal's Expanding Value Proposition**

\*\*\*

In the third quarter, PayPal closed the acquisition of Swift Financial, a leading provider of working capital solutions to small businesses in the U.S.  The previously announced acquisition of TIO Networks also closed during the quarter.

35.    On October 24, 2017, PayPal filed a quarterly report on Form 10-Q with the SEC, reporting in full the Company's financial and operating results for the quarter ended September 30, 2017 (the "Q3 2017 10-Q").

36.    In the Q3 2017 10-Q, PayPal stated, in part:

*TIO Networks Corp.*

We completed the acquisition of TIO Networks Corp. ("TIO") in July 2017 by acquiring all of the outstanding shares of TIO for $2.64 USD per share in cash. We acquired TIO to expand our scale of operations, complement our product portfolio, and to help accelerate our entry into bill payments. The total purchase price of $238 million consisted of cash consideration. The allocation of purchase consideration resulted in approximately $66 million of technology and customer-related intangible assets with an estimated useful life of 1 to 5 years, net assets of approximately $15 million and initial goodwill of approximately $157 million, which is attributable to the workforce of TIO and the synergies expected to arise from the acquisition.

9

37.     The Q3 2017 10-Q contained signed certifications pursuant to SOX by Defendants Schulman and Rainey, stating that "[t]he information contained in [the Q3 2017 10-Q] fairly presents, in all material respects, the financial condition and results of operations of PayPal Holdings, Inc."

38.     The statements referenced in ¶¶ 20-37 above were materially false and/or misleading because they misrepresented and/or failed to disclose the following adverse facts pertaining to the Company's business, operational and financial results, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) TIO's data security program was inadequate to safeguard the personally identifiable information of its users; (ii) the foregoing vulnerabilities threatened continued operation of TIO's platform; (iii) PayPal's revenues derived from its TIO services were thus unsustainable; (iv) consequently, PayPal had overstated the benefits of the TIO acquisition; and (v) as a result, PayPal's public statements were materially false and misleading at all relevant times.

### **The Truth Begins to Emerge**

39.     On November 10, 2017, PayPal issued a press release, entitled "TIO Networks Suspends Operations to Protect Customers." The press release stated, in part:

> SAN JOSE, Calif.—(BUSINESS WIRE)--PayPal Holdings, Inc. (Nasdaq: PYPL) announced that TIO Networks (TIO), a publicly traded company PayPal acquired in July 2017, has suspended operations to protect TIO's customers. *This suspension of services is a result of PayPal's discovery of security vulnerabilities on the TIO platform and issues with TIO's data security program that do not adhere to PayPal's information security standards.* TIO is not integrated into PayPal's platform. The PayPal platform is not impacted by this situation in any way and PayPal's customers' data remains secure.
>
> Upon the recent discovery of this vulnerability on the TIO platform, PayPal took action by initiating an internal investigation of TIO and bringing in additional third-party cybersecurity expertise to review TIO's bill payment platform. A focus of the investigation will also include TIO's practices and representations prior to the acquisition.
>
> While we apologize for any inconvenience this suspension of services may cause, the security of TIO's systems and the protection of TIO's customers are our highest priorities. We are working with the appropriate authorities to safeguard TIO customers.

(Emphasis added.)

40.     On December 1, 2017, post-market, PayPal issued a press release entitled "TIO Networks Provides Update on Suspension of Operations." The press release stated, in part:

AN JOSE, Calif.—(BUSINESS WIRE)--PayPal Holdings, Inc. (Nasdaq: PYPL) today announced an update on the suspension of operations of TIO Networks (TIO), a publicly traded payment processor PayPal acquired in July 2017. *A review of TIO's network has identified a potential compromise of personally identifiable information for approximately 1.6 million customers.* The PayPal platform is not impacted in any way, as the TIO systems are completely separate from the PayPal network, and PayPal's customers' data remains secure.

As announced on November 10, PayPal suspended the operations of TIO to protect customer data as part of an ongoing investigation of security vulnerabilities of the TIO platform. *This ongoing investigation has identified evidence of unauthorized access to TIO's network, including locations that stored personal information of some of TIO's customers and customers of TIO billers.* As a result, PayPal is taking steps to protect affected customers.

TIO has also begun working with the companies it services to notify potentially affected individuals, and PayPal is working with a consumer credit reporting agency to provide free credit monitoring memberships. Individuals who are affected will be contacted directly and receive instructions to sign up for monitoring.

(Emphases added.)

41.     On this news, PayPal's share price fell $4.33, or 5.75%, to close at $70.97 on December 4, 2017, the following trading day.

42.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**

43.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired PayPal common shares traded on the NASDAQ during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosures. Excluded from the Class are

Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

44.     The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, PayPal common shares were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by PayPal or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

45.     Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

46.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

47.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the financial condition, business, operations, and management of PayPal;

- whether Defendants caused PayPal to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of PayPal securities during the Class Period were artificially inflated because of Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

48.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

49.    Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- PayPal common shares are traded in efficient markets;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

- the Company traded on the NASDAQ, and was covered by multiple analysts;

- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's common shares; and

- Plaintiff and members of the Class purchased and/or sold PayPal common shares between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

50.     Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

51.     Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violation of Section 10(b) of The Exchange Act and Rule 10b-5
### <u>Against All Defendants</u>

52.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

53.     This Count is asserted against PayPal and the Individual Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

54.     During the Class Period, PayPal and the Individual Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

55.     PayPal and the Individual Defendants violated §10(b) of the 1934 Act and Rule 10b-5 in that they:

- employed devices, schemes and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

- • engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in connection with their purchases of PayPal common shares during the Class Period.

56.     PayPal and the Individual Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of PayPal were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These Defendants by virtue of their receipt of information reflecting the true facts of PayPal, their control over, and/or receipt and/or modification of PayPal allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning PayPal, participated in the fraudulent scheme alleged herein.

57.     Individual Defendants, who are the senior officers and/or directors of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or other PayPal personnel to members of the investing public, including Plaintiff and the Class.

58.     As a result of the foregoing, the market price of PayPal common shares was artificially inflated during the Class Period.  In ignorance of the falsity of PayPal's and the Individual Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of PayPal common shares during the Class Period in purchasing PayPal common shares at prices that were artificially inflated as a result of PayPal's and the Individual Defendants' false and misleading statements.

59.    Had Plaintiff and the other members of the Class been aware that the market price of PayPal common shares had been artificially and falsely inflated by PayPal's and the Individual Defendants' misleading statements and by the material adverse information which PayPal's and the Individual Defendants did not disclose, they would not have purchased PayPal's common shares at the artificially inflated prices that they did, or at all.

60.    As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

61.    By reason of the foregoing, PayPal and the Individual Defendants have violated Section 10(b) of the 1934 Act and Rule 10b-5 promulgated thereunder and are liable to the plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchase of PayPal common shares during the Class Period.

**COUNT II**

**Violation of Section 20(a) of The Exchange Act**
**<u>Against The Individual Defendants</u>**

62.    Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

63.    During the Class Period, the Individual Defendants participated in the operation and management of PayPal, and conducted and participated, directly and indirectly, in the conduct of PayPal's business affairs. Because of their senior positions, they knew the adverse non-public information regarding the Company's inadequate internal safeguards in data security protocols.

64.    As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to PayPal's financial condition and results of operations, and to correct promptly any public statements issued by PayPal which had become materially false or misleading.

65.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which PayPal disseminated in the marketplace during the Class Period. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause PayPal to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of PayPal within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of PayPal common shares.

66.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by PayPal.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.     Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.     Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

C.     Awarding Plaintiff and the other members of the Class prejudgment and post- judgment interest, as well as their reasonable attorneys' fees, expert fees and other costs; and

D.     Awarding such other and further relief as this Court may deem just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury.

Dated: December 6, 2017

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)

468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ, LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile:   (212) 661-8665
E-mail: jalieberman@pomlaw.com
E-mail: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile:   (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

**BRONSTEIN, GEWIRTZ**
**& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Attorneys for Plaintiff*

Submission Date

2017-12-05 12:09:00

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.    I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against against a Complaint against PayPal Holding, Inc. ("PayPal" or the "Company"), as well as media and analyst reports about the Company. Plaintiff believes and authorizes the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire PayPal securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired PayPal securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in PayPal securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

## Name

Print Name

RONALD SGARLATA

## Acquisitions

Configurable list (if none enter none)

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| 11/1/2017 | 6 | 72.2 |

## Sales

Configurable list (if none enter none)

| Date Sold | Number of Shares Sold | Price per Share Sold |
|---|---|---|

| 12/4/2017 | 6 | 71.735 |

## Documents & Message

Upload your brokerage statements showing your individual purchase and sale orders.
(redacted)

Signature



Full Name
RONALD SGARLATA

(redacted)

**PAYPAL HOLDINGS, INC. (PYPL)**                                          **Sgarlata, Ronald**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHARES/UNITS | PRICE PER SHARES/UNITS |
|------|------------------|------------------------|------------------------|
| 11/1/2017 | Purchase | 6 | $72.2000 |