UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06956-EMC<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE: MOVANT BELL'S APPLICATION**<br><br>Docket No. 14 |

Movant Bell appears to have purchased securities in PayPal on November 28, 2017 and December 1, 2017, after PayPal allegedly suspended its TIO services on November 10, 2017 and disclosed the breach of personally identifiable information on December 1, 2017. *See* Compl. ¶¶ 5, 6; Pafiti Decl., Ex. C. Moreover, the securities are in the form of option contracts rather than stock. Movant Bell is directed to file a supplemental brief not to exceed 5 pages by Friday, March 2, 2018 discussing what effect, if any, the timing and nature of his security interest has on typicality and adequacy, including with respect to reliance.

**IT IS SO ORDERED**.

Dated: February 27, 2018

_____
EDWARD M. CHEN
United States District Judge