UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 17-cv-06956-EMC<br><br>**ORDER RE: MARCH 15, 2018 HEARING**<br><br>Docket No. 14 |

Counsel for all interested parties should be prepared to discuss at the March 15, 2018 hearing how the case should proceed in light of the fact that the sole movant seeking appointment as lead plaintiff, Edwin K. Bell, does not appear to be a member of the proposed class because he only claims to have purchased options for shares. *See* Compl. ¶ 43 ("Plaintiff brings this action as a class action . . . on behalf of a Class, consisting of all those who purchased or otherwise acquired PayPal common shares . . . "); Pafiti Decl., Docket No. 15, Ex. 1 (notice to investors that case was filed "on behalf of a class consisting of investors who purchased or otherwise acquired common shares of PayPal . . ."). The only other movant, Michael Eckert, has withdrawn his application. *See* Docket Nos. 10, 18.

**IT IS SO ORDERED**.

Dated: March 8, 2018

_____
EDWARD M. CHEN
United States District Judge