Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:     (818) 532-6499
E-mail: jpafiti@pomlaw.com

**Attorney for Plaintiff**
*- additional counsel on signature page –*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, Individually and on Behalf of All Others Similarly Situated,<br><br>                                            Plaintiff,<br><br>               v.<br><br>PAYPAL HOLDINGS, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY JR., and HAMED SHAHBAZI,<br><br>                                            Defendants. | Case No.: 3:17-cv-06956<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date Action Filed:  December 6, 2017 |

1    WHEREAS, the above-captioned action is a proposed class action alleging violations of

2    the federal securities laws against PayPal Holdings, Inc. ("PayPal" or the "Company"), Daniel H.

3    Schulman ("Schulman"), John D. Rainey Jr. ("Rainey"), and Hamed Shahbazi ("Shahbazi")

4    (collectively, "Defendants");

5    WHEREAS, this action is subject to the requirements of the Private Securities Litigation

6    Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA"), which sets forth

7    specialized procedures for the administration of securities class actions;

8    WHEREAS, on December 6, 2017, pursuant to the PSLRA, counsel for plaintiff

9    published a notice over *Globe Newswire*, advising PayPal investors of the pendency of this action

10   and of their right to seek appointment as Lead Plaintiff in this action by filing a motion with the

11   Court on or before February 5, 2018;

12   WHEREAS, on February 5, 2018, two putative class members moved the Court for

13   appointment as Lead Plaintiff and approval of their respective selections of counsel: (i) Edwin

14   Bell ("Bell"), proposing Pomerantz LLP ("Pomerantz") as Lead Counsel (Dkt. No. 14); and (ii)

15   Michael Eckert ("Eckert"), proposing The Rosen Law Firm, P.A. ("Rosen") as Lead Counsel

16   (Dkt. No. 10);

17   WHEREAS, on March 15, 2018, the Court held a hearing with respect to the appointment

18   of Lead Plaintiff and appointment of Lead Counsel in this action;

19   WHEREAS, on March 16, 2018, the Court entered an order appointing movants Michael

20   Eckert and Edwin Bell (collectively, "Eckert and Bell") as Interim Co-Lead Plaintiffs and

21   approving their choices of Pomerantz and Rosen as Interim Co-lead Counsel (Dkt. No. 31);

22   WHEREAS, having found the initial PSLRA Notice did not mention a broader class

23   definition, the Court ordered that notice be republished, and that the parties "to stipulate to a

24   schedule for publishing an amended notice (which content shall be reviewed and approved by the

25   Court), a consolidated amended complaint, and a briefing schedule for Defendants' response to

26   the consolidate amended complaint" (Dkt. No. 31);

27   WHEREAS, Interim Co-lead Counsel and counsel for Defendants PayPal, Schulman and

28   Rainey have met and conferred with respect to the content and publication schedule of an

1    amended PSLRA notice (the "Amended PSLRA Notice");

2        WHEREAS, since the filing of the Complaint on December 6, 2017, numerous law firms

3    have issued press released advising PayPal investors that purchased securities during the Class

4    Period of their right to seek appointment as lead plaintiff, but no putative class members other

5    than Bell and Eckert have sought appointment;

6        WHEREAS, with respect to the Amended PSLRA Notice, the Court has authority to order

7    a shorter period within which to move the Court for appointment as lead plaintiff than the sixty

8    (60) days provided in the PSLRA;

9        WHEREAS, Interim Co-lead Counsel have communicated with counsel for defendant

10   Shahbazi, a resident of Canada, with respect to service of summons and the complaint in the

11   Action, are advised that Shahbazi's counsel is not currently authorized to accept service, and are

12   working to negotiate an arrangement by which Shahbazi will agree to accept service or effect

13   service under the Hague Convention;

14       IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the

15   parties, that:

16       1.   Defendants PayPal, Schulman and Rainey hereby accept service of the summons and

17            initial complaint in this action (Dkt. No. 1, 5);

18       2.   A copy of the proposed Amended PSLRA Notice is submitted herewith as Exhibit A

19            for the Court's review and approval;

20       3.   Within three (3) days after entry of an order approving the Amended PSLRA Notice,

21            Interim Co-Lead Counsel shall publish the Amended PSLRA Notice over a national

22            wire service;

23       4.   Per the Amended PSLRA Notice, any additional motions for appointment as lead

24            plaintiff and approval of lead counsel shall be due within sixty (60) days, or such other

25            period that the Court deems appropriate, after publication of the Amended PSLRA

26            Notice, and the parties do not object to an order providing for a shorter period of

27            notice;

28       5.   Interim Co-Lead Plaintiffs shall file an amended complaint within forty~~ five (45) days~~  seventy-five (75) days

---

STIP. AND [PROPOSED] ORDER                  2                  Case No.: 3:17-cv-06956

1    after the entry of an order by the Court approving this stipulation;C;

2    6.  Defendants PayPal, Schulman and Rainey shall file their response(s) to the amended

3    complaint within thirty (30) days after the filing of the amended complaint;

4    7.  If Defendants PayPal, Schulman or Rainey move to dismiss the amended complaint,

5    Interim Co-Lead Plaintiffs' opposition shall be due within thirty (30) days after the

6    filing of the motion(s) to dismiss; and any replies shall be due within twenty (20) days

7    after the filing of Interim Co-Lead Plaintiffs' opposition.

8

9    Dated:    March 29, 2018                    POMERANTZ LLP

10

11                                              By: /s/ Louis Ludwig
                                                    Jennifer Pafiti
12                                                  468 North Camden Drive
                                                    Beverly Hills, CA 90210
13                                                  Phone:    818.532.6499
                                                    Email:    jpafiti@pomlaw.com
14
                                                    Jeremy A. Lieberman
15                                                  J. Alexander Hood II
                                                    600 Third Avenue, 20th Floor
16                                                  New York, NY 10016
                                                    Phone:    212.661.1100
17                                                  Fax:      212.661.8665
                                                    Email:    jalieberman@pomlaw.com
18                                                            ahood@pomlaw.com

19                                                  Patrick V. Dahlstrom
                                                    Louis C. Ludwig
20                                                  Ten South La Salle Street, Suite 3505
                                                    Chicago, IL 60603
21                                                  Phone:    312.377.1181
                                                    Fax:      312.377.1184
22                                                  Email:    pdahlstrom@pomlaw.com
                                                            lcludwig@pomlaw.com
23
                                                    *Interim Co-Lead Counsel*
24

25

26

27

28

STIP. AND [PROPOSED] ORDER                    3                    Case No.: 3:17-cv-06956

1   Dated:   March 29, 2018                THE ROSEN LAW FIRM, P.A.

2

3                                          By: /s/ Laurence Rosen
                                           Laurence Rosen
4                                          355 South Grand Avenue, Suite 2450
                                           Los Angeles, CA 90071
5                                          Telephone: (213) 785-2610
                                           Facsimile: (213) 226-4684
6                                          Email:    lrosen@rosenlegal.com

7                                          *Interim Co-Lead Counsel*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

2  Dated:   March 29, 2018                    ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                       By:    /s/ Alexander K. Talarides
5                                              ALEXANDER K. TALARIDES
                                               The Orrick Building
6                                              405 Howard Street
                                               San Francisco, CA  94105-2669
7                                              Telephone:    (415) 773-5700
                                               Facsimile:    (415) 773-5759
8
                                               *Counsel for Defendants PayPal Holdings, Inc.,*
9                                              *Daniel H. Schulman, and John D. Rainey Jr.*

10

11                           **[PROPOSED] ORDER**

12  PURSUANT TO STIPULATION, IT IS SO ORDERED. `(as modified on p. 2)`

13

14
     Dated:   `3/20/18`
15                                                    _____
                                                      Hon. Edward M. Chen
16                                                    United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28

**Pomerantz LLP and the Rosen Law Firm Announce the Pendency of a Class Action Against PayPal Holdings, Inc. and Certain Officers – PYPL**

NEW YORK, **[DATE]**  (GLOBENEWSWIRE) Pomerantz LLP and the Rosen Law Firm, interim Lead Counsel for Interim Lead Plaintiffs, announce that a class action lawsuit is pending against PayPal Holdings, Inc. ("PayPal" or the "Company") (NASDAQ:  PYPL) and certain of its officers.  The class action was filed in United States District Court, for the Northern District of California, and docketed under 17-cv-06956. Interim Lead Plaintiffs seek to represent a class consisting of investors who purchased or otherwise acquired common shares or options for common shares of PayPal between February 14, 2017 and December 1, 2017, both dates inclusive (the "Class Period"). Plaintiffs seek to recover compensable damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder.

If you purchased or otherwise acquired PayPal common shares or options for common shares between February 14, 2017, and December 1, 2017, both dates inclusive, you have until **[DATE]**, 2018, to ask the Court to appoint you as Lead Plaintiff for the class.

PayPal operates as a technology platform company that provides online payment systems through a variety of services on behalf of consumers and merchants.  On February 14, 2017, PayPal announced an agreement to purchase TIO Networks Corp. ("TIO") for $233 million (the "TIO Acquisition").  TIO is a bill-pay management company that processed roughly $7 billion in bill payments on behalf of 14 million customers in 2016.  On July 18, 2017, PayPal announced the completion of the TIO Acquisition.

The Complaint alleges that throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operational and compliance policies.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) TIO's data security program was inadequate to safeguard the personally identifiable information of its users; (ii) the foregoing vulnerabilities threatened continued operation of TIO's platform; (iii) PayPal's revenues derived from its TIO services were thus unsustainable; (iv) consequently, PayPal had overstated the benefits of the TIO Acquisition; and (v) as a result, PayPal's public statements were materially false and misleading at all relevant times.

On November 10, 2017, PayPal suspended its TIO services, pending a security review, stating that it had discovered security vulnerabilities on the TIO platform and that the TIO data security program did not meet PayPal's standards.

On December 1, 2017, post-market, PayPal disclosed that personally identifiable information—including names, addresses, bank-account details, and Social Security numbers—for roughly 1.6 million TIO users had potentially been compromised as a result of the previously announced security vulnerabilities.

On this news, PayPal's share price fell $4.33, or 5.75%, to close at $70.97 on December 4, 2017, the following trading day.