| | |
|---|---|
| 1<br>2<br>3<br>4 | Jennifer Pafiti (SBN 282790)<br>**POMERANTZ LLP**<br>468 North Camden Drive<br>Beverly Hills, CA 90210<br>Telephone: (818) 532-6499<br>E-mail: jpafiti@pomlaw.com |
| 5<br>6 | **Attorney for Plaintiff**<br>*- additional counsel on signature page –* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY JR., and HAMED SHAHBAZI,<br><br>Defendants. | Case No.: 3:17-cv-06956<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed: December 6, 2017 |

1 | WHEREAS, on December 7, 2017, the Court entered its Initial Case Management
2 | Scheduling Order in which the Case Management Conference ("CMC") was scheduled for March
3 | 8, 2018 at 9:30 a.m. (Dkt. No. 4);

WHEREAS, on March 5, 2018, the Court reset the CMC from March 8, 2018 to April 19, 2018 at 9:30 a.m.;

WHEREAS, due to scheduling conflicts, the Parties all request that the CMC be continued from April 19, 2018 to April 26, 2018;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. The CMC scheduled for April 19, 2018 at 9:30 a.m. is continued to April 26, 2018 at 9:30 a.m.

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: April 5, 2018      POMERANTZ LLP

By: /s/ Louis Ludwig
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Phone: 818.532.6499
Email: jpafiti@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212.661.1100
Fax: 212.661.8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com

| | |
|---|---|
| | Patrick V. Dahlstrom |
| | Louis C. Ludwig |
| | Ten South La Salle Street, Suite 3505 |
| | Chicago, IL 60603 |
| | Phone: 312.377.1181 |
| | Fax: 312.377.1184 |
| | Email: pdahlstrom@pomlaw.com |
| | lcludwig@pomlaw.com |

*Interim Co-Lead Counsel*

Dated: April 5, 2018         THE ROSEN LAW FIRM, P.A.


By: /s/ Laurence Rosen
Laurence Rosen
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Interim Co-Lead Counsel*

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: April 5, 2018         FENWICK & WEST LLP


By: /s/ Jay Pomerantz
Jay L. Pomerantz
801 California Street
Mountain View, CA 94041
Phone: (650) 335-7691
Email: jpomerantz@fenwick.com

*Counsel for Defendant Hamed Shahbazi*

Dated: April 5, 2018  ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Alexander K. Talarides
Alexander K. Talarides
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

*Counsel for Defendants PayPal Holdings, Inc.,
Daniel H. Schulman, and John D. Rainey Jr.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/6/18

Hon.
United States Judge Edward M. Chen

IT IS SO ORDERED