Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**Attorney for Plaintiff**
*- additional counsel on signature page –*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY JR., and HAMED SHAHBAZI,<br><br>Defendants. | Case No.: 3:17-cv-06956<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date Action Filed: December 6, 2017 |

WHEREAS, the above-captioned action is a proposed class action alleging violations of the federal securities laws against PayPal Holdings, Inc. ("Paypal" or the "Company"), Daniel H. Schulman ("Schulman"), John D. Rainey Jr. ("Rainey"), and Hamed Shahbazi ("Shahbazi") (collectively, "Defendants");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "PSLRA"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, on March 16, 2018, the Court entered an order appointing movants Michael Eckert and Edwin Bell as Interim Co-Lead Plaintiffs and approving their choices of Pomerantz LLP and The Rosen Law Firm, P.A. as Interim Co-lead Counsel (Dkt. No. 31);

WHEREAS, on March 30, 2018, the Court entered an order regarding the timing of the filing of an amended complaint and Defendants Paypal, Schulman, and Rainey's response thereto (Dkt. No.41) ("Scheduling Order");

WHEREAS, Shahbazi was not a party to the previously entered Scheduling Order and at the time of the filing of the previous stipulation, Interim Co-Lead Counsel was negotiating the issue of service of process with Shahbazi's Canadian counsel; and

WHEREAS, so that the schedule of Shahbazi's response to an amended complaint is consistent with the schedule for PayPal, Schulman, and Rainey's response;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. Pursuant to the Court's Order dated March 30, 2018 (Docket No. 41) Interim Co-Lead Plaintiffs shall file an amended complaint on or before June 12, 2018;
2. Defendant Shahbazi shall file his response to the amended complaint within thirty (30) days after the filing of the amended complaint; and
3. If Defendant Shahbazi moves to dismiss the amended complaint, Interim Co-Lead Plaintiffs' opposition shall be due within thirty (30) days after the filing of the motion(s) to dismiss; and any replies shall be due within twenty (20) days after the filing of Interim Co-Lead Plaintiffs' opposition.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 5, 2018 | POMERANTZ LLP |
| 3 | | |
| 4 | | By: /s/ Louis Ludwig |
| | | Jennifer Pafiti |
| 5 | | 468 North Camden Drive |
| | | Beverly Hills, CA 90210 |
| 6 | | Phone: 818.532.6499 |
| | | Email: jpafiti@pomlaw.com |
| 7 | | |
| | | Jeremy A. Lieberman |
| 8 | | J. Alexander Hood II |
| | | 600 Third Avenue, 20th Floor |
| 9 | | New York, NY 10016 |
| | | Phone: 212.661.1100 |
| 10 | | Fax: 212.661.8665 |
| | | Email: jalieberman@pomlaw.com |
| 11 | | ahood@pomlaw.com |
| 12 | | Patrick V. Dahlstrom |
| | | Louis C. Ludwig |
| 13 | | Ten South La Salle Street, Suite 3505 |
| | | Chicago, IL 60603 |
| 14 | | Phone: 312.377.1181 |
| | | Fax: 312.377.1184 |
| 15 | | Email: pdahlstrom@pomlaw.com |
| | | lcludwig@pomlaw.com |
| 16 | | |
| | | *Interim Co-Lead Counsel* |
| 17 | | |
| 18 | Dated: April 5, 2018 | THE ROSEN LAW FIRM, P.A. |
| 19 | | |
| 20 | | By: /s/ Laurence Rosen |
| | | Laurence Rosen |
| 21 | | 355 South Grand Avenue, Suite 2450 |
| | | Los Angeles, CA 90071 |
| 22 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 23 | | Email: lrosen@rosenlegal.com |
| 24 | | *Interim Co-Lead Counsel* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: April 5, 2018

FENWICK & WEST LLP
By: /s/ Jay L. Pomerantz
Jay L. Pomerantz
801 California Street
Mountain View, CA 94041
Phone: (650) 335-7691
Email: jpomerantz@fenwick.com

*Counsel for Defendant Hamed Shahbazi*

### [P~~RO~~POSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/6/18

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA