| | |
|---|---|
| 1 | JAMES N. KRAMER (SBN 154709) |
| 2 | jkramer@orrick.com |
| | ALEXANDER K. TALARIDES (SBN 268068) |
| 3 | atalarides@orrick.com |
| | SUZETTE J. BARNES (SBN273116) |
| 4 | sbarnes@orrick.com |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 5 | The Orrick Building |
| | 405 Howard Street |
| 6 | San Francisco, CA 94105-2669 |
| 7 | Telephone: (415) 773-5700 |
| | Facsimile: (415) 773-5759 |

*Attorneys for PayPal Holdings, Inc.,
Daniel H. Schulman and John D. Rainey, Jr.*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:17-cv-06956-EMC |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PAYPAL HOLDINGS, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY JR., and HAMED SHAHBAZI, | |
| Defendants. | |

1    WHEREAS, on March 5, 2018, the Court continued the Initial Case Management
2    Conference ("CMC") from March 8, 2018 to April 19, 2018, and set the deadline for the parties
3    to file a joint CMC Statement to April 12, 2018;
4    WHEREAS, on March 29, 2018, the parties filed a joint CMC Statement;
5    WHEREAS on March 30, 2018 and April 6, 2018, the Court ordered that (i) Interim Co-
6    Lead Plaintiffs shall file an amended complaint by June 12, 2018; (ii) Defendants shall file their
7    responses to the amended complaint within thirty (30) days after the filing of the amended
8    complaint; (iii) if any Defendant moves to dismiss the amended complaint, Interim Co-Lead
9    Plaintiffs' oppositions shall be due within thirty (30) days after the filing of the motion(s) to
10   dismiss; and (iv) any replies shall be due within twenty (20) days after the filing of Interim Co-
11   Lead Plaintiffs' opposition;
12   WHEREAS, on April 6, 2018, the Court continued the CMC from April 19, 2018 to April
13   26, 2018;
14   WHEREAS, this action is governed by the Private Securities Litigation Reform Act of
15   1995 ("PSLRA"), under which all "discovery and other proceedings" are automatically stayed
16   pending determination of any motion(s) to dismiss,
17   WHEREAS the parties have met and conferred, and agree to continue the CMC until after
18   the Court has decided any and all motion(s) to dismiss any amended complaint filed by Interim
19   Co-Lead Plaintiffs.
20   NOW THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
21   request, that the Court enters an order as follows:
22   1.    The April 26, 2018 CMC is continued until after the Court decides any and all
23   motion(s) to dismiss any amended complaint filed by Interim Co-Lead Plaintiffs.

| | | |
|---|---|---|
| 1 | Dated: April 23, 2018 | JAMES N. KRAMER |
| 2 | | ALEXANDER K. TALARIDES |
| | | SUZETTE J. BARNES |
| 3 | | Orrick, Herrington & Sutcliffe LLP |

*/s/ Alexander K. Talarides*
_____
ALEXANDER K. TALARIDES

Attorneys for Defendants
PayPal Holdings, Inc., Daniel H. Schulman, and John D. Rainey, Jr.

    *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Jay L. Pomerantz has concurred in this filing.*

Dated: April 23, 2018           JAY L. POMERANTZ
                                            Fenwick & West LLP

*/s/ Jay L. Pomerantz*
_____
JAY POMERANTZ

Counsel for Defendant Hamed Shahbazi

    *I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Patrick V. Dahlstrom has concurred in this filing.*

Dated: April 23, 2018           JENNIFER PAFITI
                                            JEREMY A. LIEBERMAN
                                            PATRICK V. DAHLSTROM
                                            LOUIS C. LUDWIG
                                            Pomerantz LLP

*/s/ Patrick V. Dahlstrom*
_____
PATRICK V. DAHLSTROM

Counsel for Interim Co-Lead Plaintiff Michael Eckert

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Initial Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Jonathan Stern has concurred in this filing.*

Dated: April 23, 2018

LAURENCE ROSEN
JONATHAN STERN
The Rosen Law Firm, P.A.

*/s/ Jonathan Stern*
JONATHAN STERN

Counsel for Interim Co-Lead Plaintiff Edwin Bell

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, **IT IS SO ORDERED.** The CMC is reset from 4/26/18 to 8/30/18 at 9:30 a.m. Joint CMC statement shall be filed by 8/23/18.

Dated: ~~4/25/2018~~

The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen