JAMES N. KRAMER (SBN 154709)
jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
atalarides@orrick.com
SUZETTE J. BARNES (SBN 273116)
springle@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants PayPal Holdings, Inc.,
TIO Networks ULC, TIO Networks USA, Inc.,
Daniel H. Schulman, John D. Rainey, Jr., and
John Kunze

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ECKERT and EDWIN BELL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., TIO NETWORKS ULC, TIO NETWORKS USA, INC., DANIEL H. SCHULMAN, JOHN D. RAINEY, JR., and JOHN KUNZE,<br><br>Defendants. | Case No. 3:17-cv-06956-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Judge: Honorable Edward M. Chen<br>Courtroom: 5, 17th Floor |

1  WHEREAS, on January 14, 2019, Co-Lead Plaintiffs Michael Eckert and Edwin Bill (collectively, "Plaintiffs") filed their Second Amended Complaint for Violation of the Federal Securities Laws ("SAC") against Defendants PayPal Holdings, Inc., TIO Networks ULC, TIO Networks USA, Inc., Daniel H. Schulman, John D. Rainey, Jr., and John Kunze's (collectively, "Defendants");

WHEREAS, the parties have conferred regarding a briefing schedule for Defendants' anticipated motion to dismiss the SAC, and have agreed that: (i) Defendants shall file their motion within sixty (60) days after the filing of the SAC; (ii) Plaintiffs' opposition shall be due within sixty (60) days after the filing of Defendants' motion; and (iii) Defendants' reply, if any, shall be due within thirty (30) days after the filing of Plaintiffs' opposition;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request, that the Court enter an order as follows:

1. Defendants shall file their motion to dismiss the SAC on or before March 15, 2019;

2. Plaintiffs shall file their opposition to Defendants' motion to dismiss within sixty (60) days after the filing of Defendants' motion; and

3. Defendants shall file their reply, if any, within thirty (30) days after the filing of Plaintiffs' opposition to Defendants' motion.

Dated: January 17, 2019

JAMES N. KRAMER
ALEXANDER K. TALARIDES
SUZETTE J. BARNES
Orrick, Herrington & Sutcliffe LLP

*/s/ Alexander K. Talarides*
ALEXANDER K. TALARIDES

Attorneys for Defendants PayPal Holdings, Inc., TIO Networks ULC, TIO Networks USA, Inc., Daniel H. Schulman, John D. Rainey, Jr., and John Kunze

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Dismiss Second Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Patrick V. Dahlstrom has concurred in this filing.*

Dated: January 17, 2019

JENNIFER PAFITI
JEREMY A. LIEBERMAN
PATRICK V. DAHLSTROM
LOUIS C. LUDWIG
J. ALEXANDER HOOD II
Pomerantz LLP

*/s/ Patrick V. Dahlstrom*
Patrick V. Dahlstrom

Counsel for Co-Lead Plaintiff Michael Eckert

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Dismiss Second Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Jonathan Stern has concurred in this filing.*

Dated: January 17, 2019

LAURENCE ROSEN
JONATHAN STERN
The Rosen Law Firm, P.A.

*/s/ Jonathan Stern*
Jonathan Stern

Counsel for Co-Lead Plaintiff Edwin Bell

***

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is granted.

**It is so ORDERED.**

DATED: January 22, 2019

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE