UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SGARLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAYPAL HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-06956-EMC<br><br>**JUDGMENT** |

On September 18, 2019, the Court issued its Order Granting Defendants' Motion to Dismiss Second Amended Complaint (*see* Order, Docket No. 96). Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: September 18, 2019

_____
EDWARD M. CHEN
United States District Judge